JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| KENYON DARRELL BROWN, | ) | No. 5:21-cv-01647-RGK (JDE) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CDCR DIRECTOR, | ) | |
| Respondent. | ) | |

Pursuant to the Order (1) Summarily Dismissing and Action Without Prejudice; and (2) Directing Clerk to File Petition as Motion to Amend/Supplement Petition in Case No. 5:21-cv-00819-RGK-JDE,

IT IS ADJUDGED that the action is dismissed without prejudice, with the operative petition filed as a Motion to Amend/Supplement in Case No. 5:21-cv-00819-RGK-JDE.

Dated: October 15, 2021

*[signature: Gary Klausner]*

R. GARY KLAUSNER
United States District Judge